**GAYLE A. KERN, ESQ.**
Nevada Bar No. 1620
**SOPHIE A. KARADANIS, ESQ.**
Nevada Bar No. 12006
**LEACH KERN GRUCHOW**
**ANDERSON SONG**
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
E-mail: gkern@lkglawfirm.com
E-mail: skaradanis@lkglawfirm.com

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL PLASTIC SHEETING, INC., a California Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>FAST WRAP RENO-ONE, LLC, a Nevada limited liability company,<br><br>           Defendants.<br>_____/ | CASE NO.:  3:16-cv-00474-HDM-CLB |

### MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Sophie A. Karadanis, Esq. ("Ms. Karadanis") is no longer associated with the Law Office of Richard Hill, and she requests the removal of her name from the service list. Richard G. Hill, Esq. ("Mr. Hill") continues to serve as counsel for Plaintiff, Global Plastic Sheeting, Inc. ("Plaintiff") in the above-captioned action. Plaintiff's counsel, Mr. Hill, previously employed Ms. Karadanis, but she is no longer associated with Mr. Hill or the Law Office of Richard Hill.

///

1

Ms. Karadanis and the firm with which she is now associated, Leach Kern Gruchow Anderson Song ("LKG"), submit this Motion to Remove Attorney from Electronic Service List ("Motion") with respect to the above-captioned action. The list of names to be removed from the electronic service list includes notice to: Sophie A. Karadanis, Esq. (skaradanis@lkglawfirm.com); Gayle A. Kern, Esq. (gakltd@kernltd.com); and Christine Lamia (clamia@lkglawfirm.com).

Therefore, neither Ms. Karadanis nor any person associated with LKG has need to receive CM/ECF notifications in this case. Therefore, it is respectfully requested that the Court grant the instant Motion and direct the Clerk of the Court to remove the names listed above from the electronic service list.

DATED this 6th day of October 2020.

*LEACH KERN GRUCHOW ANDERSON SONG*

*/s/ Sophie A. Karadanis, Esq.*
**SOPHIE A. KARADANIS, ESQ.**
Nevada Bar No. 12006
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
E-mail: skaradanis@lkglawfirm.com

*IT IS SO ORDERED.*

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 3:16-cv-00474-HDM-CLB

DATED this __6th__ day of October 2020.